### FLETCHER, administrator, *v.* FLETCHER.

CANDLER, J. The charges complained of were not, for any of the reasons assigned, erroneous; the evidence warranted the verdict, and there was no error in refusing to grant a new trial.

> *Judgment affirmed. By five Justices.*

Submitted December 17, 1902.— Decided January 10, 1903.

Complaint.    Before Judge Roberts.    Telfair superior court. February 5, 1902.

*Eschol Graham* and *E. D. Graham,* for plaintiff in error.
*D. C. McLennan,* contra.

---

### HARRIS *v.* THE STATE.

SIMMONS, C. J. Where in a criminal case it does not appear from the record or the bill of exceptions that the latter was tendered within twenty days from the judgment of which complaint is made, this court has no jurisdiction to entertain the writ of error. *Evans* v. *State,* 112 *Ga.* 763.

> *Writ of error dismissed. By five Justices.*

Submitted January 19,— Decided February 6, 1903.

Motion to dismiss the writ of error.

*A. O. Blalock* and *J. W. Wise,* for plaintiff in error.
*O. H. B. Bloodworth, solicitor-general,* contra.